[No. 46303-2-II.   Division Two.   July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DELPHINE S. JACKSON, *Appellant*.

*Reversed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46451-9-II.   Division Two.   July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK LEE VIPPERMAN, JR., *Appellant*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46549-3-II.   Division Two.   July 14, 2015.]

VALERIE ANDERSON ET AL., *Appellants*, v. MASON COUNTY ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46574-4-II.   Division Two.   July 14, 2015.]

THE CITY OF LONGVIEW POLICE DEPARTMENT, *Respondent*, v. SIDNEY A. POTTS, *Appellant*.

*Reversed* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Lee, J.